THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Joseph Leon
 Zoller, Appellant.
 
 
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-615
 Submitted December 1, 2009  Filed
December 22, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Joseph Leon Zoller appeals the
 revocation of his community supervision, arguing the circuit court erred in
 revoking one year of his community supervision because the revocation resulted
 in his serving more than the five years to which he was sentenced.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Zoller's appeal and grant counsel's petition to be relieved.  
APPEAL DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.